# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153558

NEIL SWEAT,
      Plaintiff-Appellee,

v

SC: 153558
COA: 324846
Wayne CC: 12-005744-CD

DETROIT HOUSING COMMISSION,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 2, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

s1026